1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE NEWBERRY,<br><br>           Plaintiff,<br><br>     vs.<br><br>UNIFUND CCR PARTNERS AND KENOSIAN & MIELE, LLP.,<br><br>           Defendants. | CASE NO. CV-10-01238 PVT<br><br>[PROPOSED] ORDER RE STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE |

The Court has reviewed the Stipulation of Plaintiff JO ANNE NEWBERRY and Defendants UNIFUND CCR PARTNERS and KENOSIAN & MIELE, LLP ("Defendants") through their respective counsel of record, that Plaintiff shall dismiss, with prejudice the above-entitled lawsuit in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

1.     That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

IT IS SO ORDERED

DATED: December 10, 2010

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE